No. 98–7945. DE SANTIS v. ROE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–7946. DORSEY v. HARRIS COUNTY JAIL ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7947. EWING v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 98–7948. FLOWERS v. DOYLE, ATTORNEY GENERAL OF WISCONSIN. C. A. 7th Cir. Certiorari denied.

No. 98–7953. JAMES v. TAYLOR, WARDEN, ET AL. Sup. Ct. S. C. Certiorari denied.

No. 98–7954. MOORE-BEY v. DELROSARIO ET AL. C. A. 7th Cir. Certiorari denied.

No. 98–7955. KAUGURS v. TARR. Sup. Ct. Nev. Certiorari denied.

No. 98–7958. LAVERTU v. NEW HAMPSHIRE SUPREME COURT. Sup. Ct. N. H. Certiorari denied.

No. 98–7959. MAPLES v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 98–7971. HAWKINS v. CZARNECKI ET AL. C. A. 6th Cir. Certiorari denied.

No. 98–7972. TOLENTO v. CAMBRA, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 98–7973. VOTH v. FUGAZZI. C. A. 5th Cir. Certiorari denied.

No. 98–7974. VALCHAR v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 98–7975. THIBODEAUX v. DAY, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–7976. TYLER v. DUCKWORTH, SUPERINTENDENT, CORRECTIONAL INDUSTRIAL FACILITY. C. A. 7th Cir. Certiorari denied.